NOT FOR PUBLICATION                                          **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSEM A. ABULKHAIR,   )<br>                                 )<br>         Plaintiff,           )<br>                                 )         Civil Action No.: 10-2758<br>    v.                            )<br>                                 )         **ORDER**<br>PPI/TIME ZERO INC.,        )<br>                                 )<br>         Defendant.          )<br>                                 ) | |

**LINARES**, District Judge.

This matter comes before the Court on Plaintiff's Complaint and application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 filed on May 28, 2010. It appearing that:

1. Plaintiff did not prepay the filing fee for a civil action as required by Local Civil Rule 54.3(a);

2. Plaintiff has filed a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and that the information therein indicates that Plaintiff is entitled to proceed in forma pauperis;

3. This Court, having screened the Complaint as required under 28 U.S.C. § 1915(e)(2), finds that the Complaint seeks redress for harm that accrued at latest more than eight years ago, well beyond the statute of limitations for all of Plaintiff's causes of action. 29 U.S.C §§ 255, 626(e); N.J.S.A. §§ 2A:14-1, 2A:4-2. For that reason, the Complaint fails to set forth a cause of action upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS THEREFORE** on this 3rd day of June, 2010,

**ORDERED** that the Plaintiff may proceed in forma pauperis, and that Plaintiff's filing fee and security in this action are hereby waived; and it is further

**ORDERED** that the Complaint is dismissed with prejudice for failure to state a claim upon which relief can be granted; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

Jose L. Linares
United States District Judge

-2-